■ COMMAND BROADCAST ASSOCIATES, INC., Respondent, v AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, AFL-CIO, Respondent, and FERNANDO NUNEZ DE VILLAVICEN-CIO, Respondent-Appellant.—Order and judgment (one paper), Supreme Court, New York County (David Saxe, J.), entered on June 1, 1984, unanimously affirmed for the reasons stated by David Saxe, J., at Special Term, without costs and without disbursements. Concur—Sandler, J. P., Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL CUSH, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on March 19, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS HAILSTOCK, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on June 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Asch, Kassal and Rosenberger, JJ.

■ GRAND WHITE REALTY CORP. v BERMAN.—Motion granted to the extent of modifying (1) the order of this court (appeal No. 2261) entered on April 23, 1985 by deleting the period after the word "denied" in the last paragraph of said order, inserting a comma, and adding the following: "without prejudice to a motion for summary judgment pursuant to CPLR 3212 on such substantive grounds as defendant may desire to present", and (2) the memorandum decision filed with the aforesaid order by adding the same language after the word "denied" in the first paragraph of said memorandum decision. The interim stay granted on July 24, 1985 (Kassal, J.) vacated. Concur—Ross, J. P., Carro, Asch and Bloom, JJ.